IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND ALFORD BRADFORD,

　　　　Plaintiff,　　　　　　　　　No. CIV S-05-0862 FCD DAD P

　　vs.

N. GRANNIS,

　　　　Defendant.　　　　　　　　ORDER

_____/

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

　　　　Plaintiff's in forma pauperis application is incomplete. First, the certificate section of the form has not been completed by an authorized officer at plaintiff's institution of incarceration.[1] Second, the attached copy of plaintiff's prison trust account statement is not a certified copy and does not cover the entire six-month period immediately preceding the filing of plaintiff's complaint. Plaintiff's application does not meet the requirements of 28 U.S.C.

---

[1] Although "Refused to process" has been written in the section of the form that must be completed by an authorized officer, the entry appears to be in plaintiff's handwriting and plaintiff has not shown that he submitted a properly completed application form to prison officials in accordance with the institution's procedures.

1

§ 1915(a)(2) and cannot be granted. Plaintiff will be granted thirty days to submit a properly completed and certified in forma pauperis application that includes a certified copy of plaintiff's trust account statement covering the six months immediately preceding the commencement of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a properly completed and certified application to proceed in forma pauperis on the form provided with this order, accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action; plaintiff's failure to comply with this order in a timely manner may result in a recommendation that this action be dismissed without prejudice; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: May 17, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
brad0862.3cp

2