IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND ALFORD BRADFORD,

    Plaintiff,                              No. CIV S-05-0862 FCD DAD P

    vs.

N. GRANNIS,                                  ORDER FOR PAYMENT

    Defendant.                        OF INMATE FILING FEE

_____ /

To: The Director of the California Department of Corrections, 1515 S Street, Sacramento, California 95814:

      Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $250.00 for this action. See 28 U.S.C. § 1915(b)(1). Plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The California Department of Corrections is required to send to the Clerk of the Court payments from plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. See 28 U.S.C. § 1915(b)(2).

/////

/////

1

In accordance with the above and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The Director of the California Department of Corrections or a designee shall collect monthly payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to plaintiff's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $250.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.

2. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis application filed June 13, 2005, upon Director, California Department of Corrections, 1515 S Street, Sacramento, California 95814.

3. The Clerk of the Court is directed to transmit a copy of this order on the Financial Department of the court.

DATED: June 27, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
brad0862.cdca