UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

**FILED**
NOV 23 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>N. GRANNIS, Chief Inmate Appeals Branch,<br><br>Defendant - Appellee. | No. 05-16978<br>D.C. No. CV-05-00862-FCD DAD<br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [✓]

Explanation: _The claims in the amended complaint are legally & factually frivolous despite the fact that these deficiencies were addressed in the order dismissing the original complaint_

/s/ Judge
United States District Court

Date: 11/21/05